IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AXIS SPECIALTY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE BRICKMAN GROUP LTD, LLC | : | NO. 09-3499 |

## ORDER

**AND NOW**, this 18th day of November, upon consideration of the parties' cross-motions

for summary judgment, and all concomitant briefing, and for the reasons stated in the accompanying

Memorandum Opinion, **IT IS HEREBY ORDERED** as follows:

1.  The Motion for Summary Judgment filed by Plaintiff Axis Specialty Group ("Axis")
    (Docket No. 33) is **GRANTED IN PART** and **DENIED IN PART.** The Motion is
    **GRANTED** insofar as it seeks judgment in Axis's favor on Defendant The Brickman
    Group Ltd, LLC's ("Brickman") counterclaim for breach of contract. In all other
    respects, Axis's Motion is **DENIED**.

2.  Brickman's Motion for Summary Judgment (Docket No. 34) is **GRANTED IN
    PART** and **DENIED IN PART.** The Motion is **GRANTED** insofar as it seeks
    judgment in Brickman's favor on Axis's claims for declaratory judgment, breach of
    contract and unjust enrichment. In all other respects, Brickman's Motion is
    **DENIED**

3.  **JUDGMENT IS ENTERED** in favor of Brickman and against Axis on each claim
    in the Complaint, and **JUDGMENT IS ENTERED** in favor of Axis and against
    Brickman on Brickman's counterclaim.

4.    The Clerk of Court is directed to **CLOSE** this case statistically.

BY THE COURT:

John R. Padova, J.